UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.I.P. SRL,

                      Plaintiff,

           -v-

URBAN COMMONS, LLC,

                      Defendants.

21-CV-8023 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court is satisfied that diversity jurisdiction exists over this action.  The Clerk has certified Defendants' default, but Plaintiff has not moved for a default judgment.  Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.  If Plaintiff fails by February 28, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

      SO ORDERED.

Dated: January 27, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge